UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID LONDO
*on behalf of himself and others similarly situated*, et al.,

    Plaintiff,

    v.                                                          Civil Action No: 4:20cv61

KING'S CREEK PLANTATION, LLC., et al.,

    Defendants.

## AMENDED SETTLEMENT CONFERENCE ORDER

The settlement conference order, ECF No. 71, previously entered on November 17, 2020, is amended as follows:

1.    All parties and their lead counsel are required to appear at a settlement conference by using the remote access program Zoomgov, at **9:30 a.m. on Tuesday, January 26, 2021**, for the purpose of conducting discussions, in good faith, towards a compromised resolution of this case.

7.    The parties must:

    a.    **Submit a brief memorandum of five pages or less directly to the chambers of the undersigned (do not file in the clerk's office) by NOON on TUESDAY, JANUARY 19, 2021.**  Do not serve a copy of the letter on the opposing party unless you wish to disclose your settlement position.  The memorandum can be emailed to:

mary_beth_kopso@vaed.uscourts.gov and

william_palmer@vaed.uscourts.gov

The previous directives of the original settlement conference order, ECF No. 71, remain in effect. The only amendments contained herein are with regard to the date of the settlement conference and the corresponding due date for settlement memorandum briefs, as described above.

The Clerk is **DIRECTED** to forward a copy of this order to all counsel of record.

Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
November 23, 2020