## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | |
|---|---|
| **JOHN BRYANT,** *et al.* | ) ) ) |
| Plaintiffs, | ) ) |
| | ) **No. 4:20-cv-00061-AWA-LRL** |
| v. | ) ) |
| **KING'S CREEK PLANTATION, L.LC.,** *et al.* | ) ) ) |
| Defendants. | ) ) |

## <u>STIPULATION OF DISMISSAL</u>

The plaintiffs file this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii) of all claims against the defendants. None of the rights of any putative class

members, other than the plaintiffs, have been released or are otherwise affected by this dismissal.

SERVED AND DATED this 16th day of December, 2020.

Respectfully submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich (*Pro Hac Vice*)
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

-1-

SEEN AND AGREED:


/s/ Shepherd D. Wainger

_____
Shepherd D. Wainger, Esq. (VSB No. 33107)
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Telephone: 757.214.9213
Facsimile: 757.304.6175
swainger@kaleolegal.com
*Attorney for Defendant*
*Vacation Reservation Center LLC*



/s/ Daniel F. Basnight

_____
Daniel F. Basnight, Esq. (VSB No. 42583)
Kaufman & Canoles
One City Center
11815 Fountain Way, Suite 400
Newport News, VA 23606
Telephone: 757.873.6309
Facsimile: 888.360.9092
dfbasnight@kaufcan.com
*Attorney for Defendant King's Creek Plantation, L.L.C.*

D


IF   COMPARE   221,COMPARE1=11)119053601v119053601v1