IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| **JOHN BRYANT,** *et al.* )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**KING'S CREEK PLANTATION, L.LC.,** *et al.* )<br>)<br>)<br>Defendants. ) | No. 4:20-cv-00061-AWA-LRL |

## **STIPULATION OF DISMISSAL**

The plaintiffs file this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against the defendants. None of the rights of any putative class members, other than the plaintiffs, have been released or are otherwise affected by this dismissal.

SERVED AND DATED this 17th day of December, 2020.

                                              Respectfully submitted,

                                              /s/ *Anthony I. Paronich*
                                              Anthony I. Paronich (*Pro Hac Vice*)
                                              anthony@paronichlaw.com
                                              PARONICH LAW, P.C.
                                              350 Lincoln Street, Suite 2400
                                              Hingham, Massachusetts 02043
                                              Telephone: (617) 738-7080
                                              Facsimile: (617) 830-0327

/s/ William Robinson
William Robinson Esq.
1934 Old Gallows Road, Suite 350K
Vienna, VA 22182
Telephone: (703) 789-4800
william@robinsonlaw.com
*Counsel for Plaintiff*

SEEN AND AGREED:

/s/ Shepherd D. Wainger
_____
Shepherd D. Wainger, Esq. (VSB No. 33107)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Telephone: 757.214.9213
Facsimile: 757.304.6175
swainger@kaleolegal.com
*Attorney for Defendant*
*Vacation Reservation Center LLC*

/s/ Daniel F. Basnight
_____
Daniel F. Basnight, Esq. (VSB No. 42583)
KAUFMAN & CANOLES
One City Center
11815 Fountain Way, Suite 400
Newport News, VA 23606
Telephone: 757.873.6309
Facsimile: 888.360.9092
dfbasnight@kaufcan.com
*Attorney for Defendant King's Creek Plantation, L.L.C.*

DB1/ 115057708.1

19053601v1