IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

DAVID LONDO, *et al.*, )
    Plaintiffs, )
)
    v. )   Civil Action No. 4:20CV061 (RCY)
)
KING'S CREEK PLANTATION, )
LLC, *et al.*, )
    Defendants. )
)

## FINAL ORDER

This matter is before the Court on Plaintiffs' Stipulation of Dismissal (ECF No. 74), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon consideration of the Stipulation of Dismissal, the Court hereby ORDERS that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/ *[signature]*
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: December 17, 2020